# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA L. BOS, | No. 2:15-CV-0017-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES SMALL BUSINESS ASSOCIATION, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.

An initial scheduling conference is set for November 30, 2016. A review of the docket reflects that defendants (except "Tammy G.") have been served (see Docs. 11 and 12), with a response to the amended complaint due by December 5, 2016. Because the time to respond is beyond the current scheduling conference date, the scheduling conference is continued to February 1, 2017, at 10:00 a.m. before the undersigned in Redding, California. The parties shall file and serve scheduling conference statements pursuant to the court's July 27, 2016, order (see Doc. 8).

/ / /

1    Defendants have requested an extension of time to January 9, 2017, to file a
response to the amended complaint (see Doc. 13-1).[1]  Good cause appearing therefor, and no
prejudice resulting to plaintiff therefrom given the continuance of the scheduling conference
discussed above, defendants' request is granted.  Defendants shall file and serve a response to the
amended complaint by January 9, 2017.

   IT IS SO ORDERED.


 DATED: November 22, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

---

[1]    Defendants' motion states January 9, 20<u>1</u>6, which the court presumes is the result of an understandable typographical error.