IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA L. BOS, | No. 2:15-CV-0017-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES SMALL BUSINESS ADMINISTRATION, et al., | |
| Defendants. | |
| / | |

      Plaintiff, who is proceeding pro se, brings this civil action. The scheduling conference set for February 1, 2017, is vacated pending resolution of defendants' motion to dismiss, currently set for hearing on March 8, 2017.

      IT IS SO ORDERED.

DATED: January 12, 2017

                                                                           **CRAIG M. KELLISON**
                                                                           UNITED STATES MAGISTRATE JUDGE