# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA L. BOS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SMALL BUSINESS ADMINISTRATION, et al.,<br><br>　　　　Defendants. | No. 2:15-CV-0017-JAM-CMK<br><br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, appeals the court's final judgment entered on December 20, 2017. The matter was referred to the undersigned by the Ninth Circuit Court of Appeals to certify whether the appeal is frivolous or taken in bad faith. See 28 U.S.C. § 1915(a)(3). Having reviewed the entire file, the court concludes that the appeal is frivolous for the reasons outlined in the court's September 1, 2017, findings and recommendations.

　　　　The Clerk of the Court is directed to serve of copy of this on the Pro Se Unit at the Ninth Circuit Court of Appeals.

　　　　IT IS SO ORDERED.

DATED: February 21, 2018

　　　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1